

**Richard Croak**, Attorney at Law

314 Great Oaks Boulevard
Albany, NY 12203
518.690.4410
518.690.4435 FAX

July 15, 2013

Chambers of the Honorable Robert E. Littlefield, Jr.
Chief U.S. Bankruptcy Justice
U.S. Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

    Re: Susan Bohl f/k/a Susan Bohl Ferguson
       Chapter 12 - Case No. 10-12049

Dear Judge Littlefield:

    Our office represents the Debtor, Susan Bohl, with respect to the above matter. We filed a motion to sell real property free and clear of all liens on May 1, 2013. The motion was settled on June 13, 2013 with an order on consent due by July 15, 2013.

    At this time, we request a one week extension for the order on consent to be filed with the Court on July 22, 2013.

    Should you have any questions please do not hesitate to contact me. Thank you for your assistance.

Very truly yours,

George N. Cholakis, Esq.

Cc: Mark Swimelar, Chapter 12 Trustee