

So Ordered.

Robert E. Littlefield, Jr.
Chief, United States Bankruptcy Judge

Signed this 17 day of July, 2013.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:   SUSAN BOHL
         f/k/a SUSAN BOHL FERGUSON,                Case No.10-12049
                                                   Chapter 12
                    Debtor

**ORDER APPROVING SALE OF REAL PROPERTY**

**UPON** the Motion to Sell Real Property Free and Clear of All Liens filed by Richard Croak, Esq., attorney for Debtor, and there being limited opposition thereto by the Chapter 12 Trustee; and

**UPON** the hearing held on June 13, 2013, and Richard Croak, Esq. having appeared on behalf of Debtor and Maxsen D. Champion, Esq. having appeared on behalf of the Chapter 12 Trustee; it is hereby

**ORDERED,** that the Debtor is permitted to sell real property located at 35 Sir William Farm Road, Hillsdale, New York 12529 for the purchase price of $875,000, free and clear of all liens; and it is further

**ORDERED**, that the proceeds of the real property sale will be held in escrow by Mark W. Swimelar, Esq., Chapter 12 Trustee, pending the determination of the extent and validity of all secured claims; and it is further

**ORDERED**, that all administrative fees, including real estate broker commissions and attorney's fees will be determined by separate application to the Court; and it is further

**ORDERED,** that the purchasers, David Ruede and Jeremy Dodd, upon transfer, shall receive good and marketable title to the above referenced property; and it is further

**ORDERED**, that the Debtor shall provide a copy of the Statement of Sale to the Chapter 12 Trustee, along with all proceeds from the sale to be held in escrow, within five (5) days of the closing; and it is further

**ORDERED**, that the Debtor's motion to sell real property free and clear of all liens is hereby approved.

###