/s/ Robert E. Littlefield, Jr.

**So Ordered.**                                                Robert E. Littlefield, Jr.
                                                                   Chief, United States Bankruptcy Judge

Signed this 9 day of July, 2014.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

In Re: SUSAN BOHL
       f/k/a SUSAN BOHL FERGUSON

                                                                Case No.: 10-12049
                                                                Chapter 12

                      Debtor.

---

**ORDER TO SELL REAL ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES.**

**UPON** the motion of the plaintiffs made before this court by Richard Croak, attorney for the Debtor and the motion and documents attached thereto and

**UPON** the hearing at which Attorney Max Champion appeared for the Chapter 12 trustee, Attorney James Kleinbaum appeared for creditor Hope E. Kipp, Attorney Francis J. Roche appeared for James Orefice and Attorney Richard Croak for the debtor and

**UPON** the parties' agreement to sell the real property known as Bridlewood Farm a/k/a 35 Sir Wm. Farm Road, Hillsdale, NY in the County of Columbia it is

      **Ordered** that the debtor may conclude the sale of the property on the terms set forth in the contract between debtor Susan Bohl Ferguson and Christa Stosiek and Martin Stosiek. For

the amount of $850,000 as payable pursuant to the contract terms, and it is

**Ordered** that the Chapter 12 Trustee Mark Swimelar escrow all proceeds except for the actual cost of sale and the property tax claims of Columbia County which the trustee shall pay at closing and exchange of title as far as practicable, and it is

**Ordered** that after closing the Trustee pay the debtor her homestead exemption of $50,000 from the proceeds as far as practicable after determining the extent of lien claims against the funds, and it is

**Ordered** that the debtor's attorney Richard Croak may refund the prior deposit received of $35,000 from David Rhue on the closing of title on this sale and in his discretion refund up to $31,500 prior to closing and Richard Croak made accept a new deposit up to $85,000 from the purchaser herein prior to closing of title, but shall at closing transfer remaining funds held to the to the Chapter 12 trustee, and it is

**Ordered** that all prior orders of this Court concerning the sale of property herein are revoked, and it is

**Ordered** that all liens attached to the proceeds held by the Trustee until resolution of all claims, and it is further

**Ordered** that at closing the purchasers shall receive title to the property herein free of all legal and financial encumbrances.