**Mark W. Swimelar**
**STANDING CHAPTER 12 & 13 TRUSTEE**
250 South Clinton Street
2nd Floor
SYRACUSE, NEW YORK 13202
_____

TELEPHONE: (315)471.1499
FAX: (315)471.4811

**Lynn Harper Wilson**                                                                           **Maxsen D. Champion**
Staff Attorney                                                                                           Staff Attorney


December 23, 2014


**Filed Electronically**

Honorable Robert E. Littlefield, Jr., Chief Judge
U.S. Bankruptcy Judge
United States Bankruptcy Court
445 Broadway, Suite 327
Albany, New York  12207

Re:    Susan Bohl
       Chapter 12
       Case No.  10-12049

Dear Judge Littlefield:

    I am in receipt of the Notice of Hearing on Application for Compensation for Richard Croak, Esq. [ECF #127] returnable January 8, 2015, at 11:00 a.m. in Albany, New York. I respectfully request that my appearance be waived, **as I take no position**.

    Thank you for your courtesy.

                                        Respectfully,

                                        */s/ Mark W. Swimelar*

                                        Mark W. Swimelar


MWS/dp
cc:    Richard Croak, Esq.  (via e-mail from CM/ECF)