

Robert E. Littlefield, Jr.
United States Bankruptcy Judge

So Ordered.

Signed this 9 day of January, 2015.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

**In re:** SUSAN BOHL
f/k/a SUSAN BOHL FERGUSON,

Debtor.

Chapter 12
Case No.10-12049

### ORDER ON APPLICATION FOR COMPENSATION

**UPON** the Final Application for Allowance of Compensation and for Reimbursement of Expenses to Debtor's Attorney, filed by Richard Croak, Esq. on behalf of the Debtor, and

**UPON** the hearing held on January 8, 2015, and Richard Croak, Esq. having appeared on behalf of the Debtor, and there being no opposition thereto, and after the Court's independent review of the application for compensation, it is hereby

**ORDERED**, that Richard Croak, Esq.'s attorney's fees and expenses of $68,290.68 are hereby approved.

###