0030-8S-EPIDXX-00029Z98-1364232

# United States Bankruptcy Court
Case 10-12049-1-rel   Doc 146   Filed 02/27/15   Entered 02/27/15 12:22:59   Desc
For the Northern District of New York
Page 1 of 1

| IN RE: | SUSAN BOHL | CASE No. 10-12049 |
|---|---|---|
| | BRIDLEWOOD | SS #1 XXX-XX-2262 |
| | PO BOX 23 | |
| | ANCRAM, NY 12502 | |

## NOTICE TO ALLOW ADDITIONAL / AMENDED CLAIM

COMES NOW the trustee and shows the Court that the following was filed against the estate of the debtor, and that such claim was not included on previous notice allowing claims herein:

| NAME AND ADDRESS OF CREDITOR | CLAIM # | CLASSIFICATION | AMOUNT |
|---|---|---|---|
| MICHAEL HOWARD ESQ / OBO JEREMY DODD AND DAVID RUEDE 118 GREEN STREET / HUDSON, NY 12534 | 901 | Admin | 3,500.00 |

Your trustee has examined the claim and recommends that it be deemed allowed for the amount claimed, payable in the manner classified, subject to the provisions of the plan and other Court orders.

WHEREFORE, the Trustee prays that the foregoing claim be allowed as set forth above.

/s/MARK W. SWIMELAR

Pursuant to 11 U.S.C. 502(a) the claim which has been filed as recited above is deemed allowed unless objection is made by the debtor or other party in interest. The debtor and debtor attorney of record shall be given forty-five (45) days from the date of filing of this notice within which to examine the proofs of claim and to file a motion objecting to any claim which may be improper. The absence of a timely filed objection will be deemed an approval by the debtor(s) of the claims as recited above.

WILLIAM W FRAME ESQ
CORBALLY GARTLAND AND RAPPLEYEA LLP
35 MARKET STREET
POUGHKEEPSIE, NY 12601

CERTIFICATE OF MAILING
The undersigned hereby certifies that a copy of this Notice was mailed to the debtor. The debtor's attorney of record and United States Trustee's office received notice via the electronic filing of this Notice.

DATED: 02/27/2015      /s/Jennifer Scrafford